## JAMES E. FULLERTON *v.* JAMES R. PEARCE, HONO-LULU RAPID TRANSIT & LAND COMPANY, LTD., GARNISHEE.

EXCEPTIONS FROM CIRCUIT COURT, FIRST CIRCUIT.

SUBMITTED APRIL 17, 1907.     DECIDED APRIL 19, 1907.

FREAR, C.J., HARTWELL AND WILDER, JJ.

EXCEPTIONS—*frivolous.*

In assumpsit on a promissory note where defendant pleaded the general issue and gave notice of intention to rely also on fraud and failure of consideration, an exception to the denying of a motion to strike out the plea of fraud is frivolous.

ID.—*judgment supported by evidence.*

A judgment of a circuit court jury waived cannot be reversed if there is sufficient evidence to support it.

### OPINION OF THE COURT BY WILDER, J.

Assumpsit on a promissory note for $40. The defendant pleaded the general issue and gave notice of intention to rely also upon fraud and failure of consideration. The circuit court, which tried the case without a jury on appeal from the district court, gave judgment for defendant. Plaintiff comes to this court on exceptions.

The first exception is to the overruling of plaintiff's motion to strike out the plea of fraud on the ground that it was not definite and certain. This exception is frivolous and is overruled without comment.

The remaining exception, which is that the judgment is contrary to the law and the evidence, is also overruled. The transcript shows that there was ample evidence to sustain the finding of the trial court.

The exceptions are overruled.

*H. G. Middleditch* and *E. W. Sutton* for plaintiff.

*L. M. Straus* for defendant.